# NO. 12-19-00111-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LG CHEM AMERICA, INC.,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ETHAN LUSK,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.3(c).

On March 27, 2019, the Clerk of this Court notified Appellant that the filing fee in this appeal is due.  *See* TEX. R. APP. P. 5.  Appellant was informed that failure to remit the filing fee on or before April 8, 2019, would result in the Court's taking appropriate action, including dismissal of the case without further notice.  *See* TEX. R. APP. P. 42.3(c).  The date for remitting the filing fee has passed, and Appellant has not complied with the Court's request.

Because Appellant has failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered April 17, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 17, 2019**

**NO. 12-19-00111-CV**

**LG CHEM AMERICA, INC.,**
Appellant
V.
**ETHAN LUSK,**
Appellee

Appeal from the 241st District Court

of Smith County, Texas (Tr.Ct.No. 18-2524-C)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*